**Ralph WILSON, Petitioner–Appellant,**

v.

**J.F. ANDREWS, Respondent–Appellee.**

No. 14–7739.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 20, 2015.

Ralph Wilson, Appellant Pro Se.

Before WILKINSON and KING,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ralph Wilson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Wilson v. Andrews,* No. 5:14–hc–02041–D (E.D.N.C. Oct. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*